DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>   PETE A GARCIA and SARI T DITLEVSEN<br>   PO BOX 163<br>   MOSS BEACH, CA 94038<br><br>   ###-##-7466<br>   ###-##-0993<br><br>                    Debtor(s). | Case No.: 10-3-4868 SFM13<br>Chapter 13<br><br>**NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES**<br><br>341 MEETING OF CREDITORS:<br>Date: 01/27/2011<br>Time: 11:00 AM<br>Place: Office of the United States Trustee<br>       235 Pine Street, Suite 850<br>       San Francisco, CA 94104 |

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Debtors have provided for a fixed payment of $1,262.50 per month in paragraph 3 of the plan, which is in excess of 10% of the total fees per month. Trustee requests Debtors file an amended plan that provides for no more than a fixed monthly payment of $505.00 per month.

2. Trustee's copy of Debtors' petition does not contain an Application for Approval of Attorney Fees. Trustee requests a copy of this document as filed with the court.

3. Trustee requests an Attachment to Schedule J be filed listing gross monthly business income less expenses.

4. Schedule J lists a 401(k) loan Repay Pete installment payment of $200.00 per month. The Trustee requests copies of all loan documents for this debt.

5. Schedule B and C list Claim for injury with a value of "unknown". Trustee requests an amended Schedule B and C, with a value to this asset.

6. Schedule A fails to reflect the nature of Debtors' interest in property. Trustee requests an amended Schedule A be filed.

7. Debtor has been sent the Chapter Thirteen Business Questionnaire to complete. Debtors' response is due no later than seven days prior to the first scheduled Meeting of Creditors.

8. The Trustee requests a *signed* copy of Debtors' 2009 Personal Income Tax Returns to be received no later than seven days prior to the date of the first scheduled Meeting of Creditors.

The Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: January 13, 2011     DAVID BURCHARD

     DAVID BURCHARD, Chapter 13 Trustee

Certificate of Mailing

I, ROSA GARCIA, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

PETE A GARCIA and SARI T DITLEVSEN
PO BOX 163
MOSS BEACH, CA 94038

LEON JON BONNEY
BONNEY AND ASSOCIATES
825 VAN NESS AVE #304
SAN FRANCISCO, CA 94109-7837

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Dated: January 13, 2011     ROSA GARCIA

     ROSA GARCIA