Leon Jon Bonney, Esq.   (SBN 109010)
Bonney & Associates Attorney at Law
825 Van Ness Avenue, Suite 304
San Francisco, CA 94109-7837
Tel: 1-415-986-0115 Fax: 1-415-236-6479
Email: Court ECF/ECM: ljbonney@earthlink.net; Non-Court: Bonney@Lbonney.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Pete A Garcia and Sari T Ditlevsen<br><br>Debtors | Case No.  10-34868 DM Ch. 13<br><br>Hearing Date:  JULY 20, 2011 Time: 1:35 PM<br>Judge:  MONTALI<br>Place:  Courtroom 22 - 235 Pine Street  San Francisco, CA 94104 |

DECLARATION IN SUPPORT OF
RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE PRIOR TO CONFIRMATION

I, Leon Jon Bonney declare as follows:

1.      The debtors have actively and aggressively been pursuing confirmation.  The trustee's motion to dismiss was filed on 5/24/2011, yet the debtors had filed on 5/18/2011 several amendments requested by the trustee including a second amended plan.  Instead of addressing the amendments the trustee responded with his motion to dismiss.  Attached hereto and incorporated herein by reference is a sample listing of debtors' efforts in prosecuting this case.  The debtors have been actively prosecuting their case but have a genuine difference with the trustee.

2.      The case involves two remaining issues relating to confirmation.

Issue one: the trustee, in main, contends that the debtors have under-reported their bank deposits made in the six months immediately preceding the petition date of relief.  The trustee contends the average monthly deposits to be $24,273.77 (*Point 3 of ATTACHMENT TO TRUSTEE'S MOTION TO DISMISS, PRE-CONFIRMATION*), while the debtors contend the average monthly deposits are $18,511.73.  Attached hereto and incorporated by reference is counsel's tally of the debtors' bank accounts.  The two figures are derived from the same set of documents.  Counsel for debtors contends that the trustee has added incorrectly.  Counsel has requested a face-to-face meeting with the trustee or his staff.  It is clear that the email communication which counsel is required to engage in has impaired the ability to communicate with the trustee and thus resolve the issue.

Issue two: the trustee objects to optional language contained under paragraph 14 of the plan which requires creditors to obtain relief prior to being able to proceed with initiating or completing a

foreclosure. This issue exists in several other cases pending with the trustee. We are on calendar in August before Judge Carlson to address this issue. Counsel for debtors contends that the plan may impose a requirement on creditors, post-confirmation and post-vesting in the debtor, a requirement to obtain leave of the Court prior to commencing any post-confirmation effort to seize property of the debtor.

3. Counsel for Debtors has a conflict in calendaring in that he is required to appear on July 20, 2011 at 2:00 PM before Judge Novack in San Jose, and before Judge Montali in San Francisco. Counsel would obtain a special appearance by another member of the bar but believes that both matters require my presence to argue given my familiarity with the cases. Counsel has informed the trustee of this conflict and has requested that he consent to a continuance so that counsel can address the calendar conflict. Counsel is scheduled to appear in the San Jose matter by court conference call and expects the matter to be completed by 3:00 PM. Counsel will rush to the hearing on this matter but may be delayed beyond 3:00 PM. In this event, counsel respectfully requests that the matter be continued.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 15, 2011, in San Francisco, California.

RESPECTFULLY SUBMITTED,

/s/ Leon Jon Bonney          Dated: July 15, 2011
Leon Jon Bonney
Attorney at Law  SBN: 109010

Case: 10-34868   Doc# 37   Filed: 07/15/11   Entered: 07/15/11 16:12:13   Page 2 of 5

ATTACHMENT GARCIA & DITLEVSEN Ch13 # 10-34868 DM

ACTIVITY BY DEBTORS UNDER CASE BEFORE TR MTD FILED
(DOES NOT INCLUDE CORRESPONDENCE, EMAILS, FAXES, AND SUBMISSION DOCUMENTS TO TRUSTEE)

3/18/11 Copy of Pete's 401k loan balance to trustee.

3/18/11 FILED Amended Schedule A,. First Amended Filed by Joint Debtor Sari T Ditlevsen, Debtor Pete A Garcia (Bonney, Leon)

3/18/11 2009 tax return signed to trustee

3/18/11 FILED Amended Schedule B,. First Amended Filed by Joint Debtor Sari T Ditlevsen, Debtor Pete A Garcia (Bonney, Leon)

3/18/11 FILED Amended Schedule C,. First Amended Filed by Joint Debtor Sari T Ditlevsen, Debtor Pete A Garcia (Bonney, Leon)

3/18/11 FILED Amended Schedule J. First Amended Filed by Joint Debtor Sari T Ditlevsen, Debtor Pete A Garcia (Bonney, Leon)

3/18/11 FILED Declaration of Chapter 13 Self Employment Income. Filed by Joint Debtor Sari T Ditlevsen, Debtor Pete A Garcia (Bonney, Leon)

3/18/11 FILED Declaration of Chapter 13 Other Monthly Income. Filed by Joint Debtor Sari T Ditlevsen, Debtor Pete A Garcia (Bonney, Leon)

3/18/11 FILED Declaration of Chapter 13 Employment Income. Filed by Joint Debtor Sari T Ditlevsen, Debtor Pete A Garcia (Bonney, Leon)

3/18/11 FILED First Amended Amended Chapter 13 Plan Filed by Joint Debtor Sari T Ditlevsen, Debtor Pete A Garcia (RE: related document(s)[2] Chapter 13 Plan filed by Debtor Pete A Garcia, Joint Debtor Sari T Ditlevsen). (Bonney, Leon)

5/19/11 FILED First Amended Declaration of Chapter 13 Self Employment Income. Filed by Joint Debtor Sari T Ditlevsen, Debtor Pete A Garcia (Bonney, Leon)

5/19/11 FILED First Amended Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C) Filed by Joint Debtor Sari T Ditlevsen, Debtor Pete A Garcia (Bonney, Leon)

5/19/11 FILED Second Amended Amended Chapter 13 Plan Filed by Joint Debtor Sari T Ditlevsen, Debtor Pete A Garcia (RE: related document(s)[2] Chapter 13 Plan filed by Debtor Pete A Garcia, Joint Debtor Sari T Ditlevsen, [22] Amended Chapter 13 Plan filed by Debtor Pete A Garcia, Joint Debtor Sari T Ditlevsen). (Bonney, Leon)

## EACH ACCOUNT TALLIED INDIVIDUALLY

| ACCOUNT 062 | DATE | DEPOSITS |
|---|---|---|
| 062 | 06/2010 | 200.00 |
| 062 | 07/2010 | 643.29 |
| 062 | 08/2010 | 100.12 |
| 9127062 | 09/2010 | .09 |
| | TOTAL | 943.50 |
| | AVERAGE | 235.88 |

| ACCOUNT 386 | DATE | DEPOSITS |
|---|---|---|
| 386 | 06/2010 | 13,123.13 |
| 386 | 07/2010 | 13,325.21 |
| 386 | 08/2010 | 13,017.69 |
| | TOTAL | 39,466.03 |
| | AVERAGE | 13,155.34 |
| | | |
| | | |
| | | |

| ACCOUNT 208 | DATE | DEPOSITS |
|---|---|---|
| 208 | 06/2010 | 12,549.27 |
| 208 | 07/2010 | 14,352.93 |
| 208 | 08/2010 | 12,218.33 |
| 208 | 09/2010 | 10,831.63 |
| 208 | 10/2010 | 12,396.54 |
| 208 | 11/2010 | 8,312.17 |
| | TOTAL | 70,660.87 |
| | AVERAGE | 11,776.81 |
| | | |

| | | | |
|---|---|---|---|
| | TOTAL FROM ACCT | 062 | 943.50 |
| | TOTAL FROM ACCT | 386 | 39,466.03 |
| | TOTAL FROM ACCT | 208 | 70,660.87 |
| | TOTAL ALL ACCOUNTS | | 111,070.40 |

## ACCOUNTS COMBINED

| ACCOUNTS COMBINED MONTHLY | DATE | DEPOSITS |
|---|---|---|
| 062 | 06/2010 | 200.00 |
| 386 | 06/2010 | 13,123.13 |
| 208 | 06/2010 | 12,549.27 |
| | JUNE TOTAL | 25,872.4 |
| | | |
| 062 | 07/2010 | 643.29 |
| 386 | 07/2010 | 13,325.21 |
| 208 | 07/2010 | 14,352.93 |
| | JULY TOTAL | 28,321.43 |
| | | |
| 062 | 08/2010 | 100.12 |
| 386 | 08/2010 | 13,017.69 |
| 208 | 08/2010 | 12,218.33 |
| | AUGUST TOTAL | 25,336.14 |
| | | |
| 062 | 09/2010 | .09 |
| Closed No statement for Sept & After 386 | 09/2010 | 0.0 |
| 208 | 09/2010 | 10,831.63 |
| | SEPTEMBER TOTAL | 10,831.72 |
| | | |
| Closed No statement for Oct & After # 7062 | 10/2010 | 0.0 |
| Closed No statement for Sept & After 386 | 10/2010 | 0.0 |
| 208 | 10/2010 | 12,396.54 |
| | OCTOBER TOTAL | 12,396.54 |
| | | |
| Closed No statement for Oct & After 062 | 11/2010 | 0.0 |
| Closed No statement for Sept & After 386 | 11/2010 | 0.0 |
| 208 | 11/2010 | 8,312.17 |
| | NOVEMBER TOTAL | 8,312.17 |

| DATE | TOTAL DEPOSITS ALL ACCOUNTS |
|---|---|
| 06/2010 | 25,872.40 |
| 07/2010 | 28,321.43 |
| 08/2010 | 25,336.14 |
| 09/2010 | 10,831.72 |
| 10/2010 | 12,396.54 |
| 11/2010 | 8,312.17 |
| TOTAL DEPOSITS 6 MONTHS | 111,070.40 |
| AVERAGE MONTHLY DEPOSIT | 18,511.73 |
| | |
| | |
| | |

The trustee incorrectly added the deposits, your objection says average monthly deposits are $24,273.77. The correct figure for average monthly deposits is $18,511.73