Leon Jon Bonney, Esq.   (SBN 109010)
Bonney & Associates Attorney at Law
825 Van Ness Avenue, Suite 304
San Francisco, CA 94109-7837
Tel: 1-415-986-0115 Fax: 1-415-236-6479
Email: Court ECF/ECM: ljbonney@earthlink.net; Non-Court: Bonney@Lbonney.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

Pete A Garcia and Sari T Ditlevsen

Debtors

Case No.  10-34868 DM Ch. 13
Hearing Date: JULY 20, 2011 Time: 1:35 PM
Judge:  MONTALI
Place:  Courtroom 22 - 235 Pine Street  San Francisco, CA 94104

**CERTIFICATE OF SERVICE**

I, Leon Jon Bonney, hereby certify that I am an active member of the State Bar of California, Member Number 109010, and I am not a party to the within action.  My business address is 825 Van Ness Avenue, Suite 304 San Francisco, CA 94109-7837.

On July 15, 2011 a true and accurate photo-copy of the following named document(s) was/were served by one or more of the methods checked below:
- RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE PRIOR TO CONFIRMATION AND REQUEST FOR HEARING
- MEMORANDUM IN SUPPORT OF RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE PRIOR TO CONFIRMATION
- DECLARATION SUPPORTING RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE PRIOR TO CONFIRMATION

David Burchard, Trustee
393 Vintage Park Drive Ste 150
Foster City, CA 94404
Fax: 1-650-345-1514
TRUSTEE

☐ First Class US Post Service  
☒ Facsimile Transmission  
☐ Certified Mail Per FRBP 7004(h)  
☒ Electronic Mail ("Email")  
☐ Overnight Express via  
☐ Federal Express  
☐ Personal Hand Delivery  
☒ Other PACER Mailing Information for a Case by "Electronic Mail Notice List"

- Alane A. Becket    notices@becket-lee.com
- David Burchard   TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com
- Office of the U.S. Trustee / SF   USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 15, 2011, in San Francisco, California.

 **/s/ Leon Jon Bonney**
By: Leon Jon Bonney SBN 109010

Page 1 of 1

Case: 10-34868   Doc# 39   Filed: 07/15/11   Entered: 07/15/11 16:15:12   Page 1 of 1